AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'22 NOV 17 PM 3:35

| United States of America | ) |
| v. | ) |
| Zoepeawon Moore, a/k/a Zoe Moore, a/k/a Chief Executive | ) Case No. 3:22-cr-00212-PDW |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Zoepeawon Moore, a/k/a Zoe Moore, a/k/a Chief Executive,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance

Date:   11/17/2022

/s/ Shantel Jagol
*Issuing officer's signature*

City and state:   Fargo, ND

Shantel Jagol, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/17/22, and the person was arrested on *(date)* 11/29/22
at *(city and state)* FARGO, ND.

Date: 11/30/22

*Arresting officer's signature*

MICHAEL FREEDMAN, ATF SA
*Printed name and title*