IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZOEPEAWON MOORE, a/k/a<br>ZOE MOORE, a/k/a CHIEF EXECUTIVE,<br><br>Defendant. | Case No. 3:22-cr-212<br><br>**STIPULATION OF PARTIES REGARDING RULE 16 NOTICE OF EXPERT WITNESS** |

The defendant appeared in this case on November 30, 2022. A trial date in this matter is currently set for January 31, 2023. The Court has ordered the United States to provide Notice of Expert Witnesses within 45 days prior to trial based upon the revisions in Rule 16 that went into effect on December 1, 2022. (Doc. 11.)

Given the short timeline for filing notice under the Rule in this case and to give the parties time to explore resolution, the parties stipulate and agree that both parties will file their Notice of Expert Witnesses under the revised Rule 16 within 21 days of the trial date currently set for January 31, 2023, or within 21 days of any subsequent trial date, should the matter be continued.

Dated: 12/6/22

CHRISTOPHER C. MYERS
Assistant United States Attorney

Dated: 12/6/22

RIHANNON GORHAM
Attorney for Defendant

Dated: 12/6/22

ZOEPEAWON MOORE
Defendant