PS 8
(Rev. 2/2013)

# United States District Court
# For The
# District of North Dakota

**Petition for Action on Conditions of Pretrial Release**

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | Docket No.: 0868 3:22CR00212-1 |
| ) | |
| Zoepeawon  Moore ) | |

COMES NOW, Christine Argall, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Zoepeawon  Moore  who was placed under pretrial release supervision by the Honorable Alice R. Senechal, Magistrate Judge, sitting in the Court at Fargo, on December 6, 2022, under the following conditions:

1. The defendant must not violate federal, state, tribal, or local law while on release.

2. The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

3. The defendant must appear in court as required and must surrender to serve any sentence imposed.

4. The defendant must sign an Appearance Bond, if ordered.

   IT WAS FURTHER ORDERED that the release of the defendant be subject to the conditions set forth below:

5. Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

6. Except upon prior approval from the Pretrial Services Officer, the defendant's travel is restricted to North Dakota.

7. Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; [any use of medical marijuana] and any use of inhalants.  Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance.  Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

PS 8
(Rev. 2/2013)
Moore, Zoepeawon
0868 3:22CR00212

8. Defendant is prohibited from using marijuana for medical purposes while on supervision.

9. Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

10. Defendant shall not knowingly or intentionally have any direct or indirect contact with any witnesses, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

11. Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.

12. Defendant must participate in the outpatient treatment program at Prairie St. John's.

13. Defendant must sign all release forms so the Pretrial Services Officer may communicate with staff at Prairie St. John's.

14. Defendant shall maintain or actively seek employment. Employment must be approved by the Pretrial Services Officer.

15. Defendant shall not obtain a passport.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. **Violation of Condition # 11: Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.** The defendant has failed to follow through with mental health treatment as directed.

2. **Violation of Condition # 5: Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.** From March 27, 2023, until April 24, 2023, and June 30, 2023, until the date of this petition, the defendant failed to report to the Pretrial Services Officer as directed.

3. **Violation of Condition #14:  Defendant shall maintain or actively seek employment. Employment must be approved by the Pretrial Services Officer**. As of the date of this petition, the defendant has failed to obtain and maintain employment.

PS 8
(Rev. 2/2013)
Moore, Zoepeawon
0868 3:22CR00212

4. **Violation of Condition #7: Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; [any use of medical marijuana] and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result**. On March 22, 2023, the defendant tested positive for alcohol. He denied any use. Test results were confirmed positive by Alere Toxicology Services.

On April 23, 2023, the defendant tested positive for alcohol. He denied any use. Test results were confirmed positive by Alere Toxicology Service.

The defendant failed to report for scheduled urinalysis testing on the following dates: December 30, 2022, February 5, 2023, February 12, 2023, and May 20, 2023.

PRAYING THAT THE COURT WILL ORDER: A summons will be issued, and hearings be held to determine if Zoepeawon Moore has violated the conditions of his pretrial release.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

/s/ Christine Argall                 07/14/2023
U.S. Pretrial Services Officer
Place: Fargo

## ORDER OF THE COURT

Considered and ordered this 14th day of July, 2023, and ordered filed and made a part of the record in the above case.

- ☐ Warrant to be issued
- ☒ Summons to be issued
- ☐ Notice of hearing to be filed
- ☐ Modification of the defendant's conditions of release
- ☐ Other

PS 8
(Rev. 2/2013)
Moore, Zoepeawon
0868 3:22CR00212

_____
Alice R. Senechal
U.S. Magistrate Judge