Local AO 83 (Rev. 2/11) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'23 JUL 17 AM 9:46

| United States of America | ) |
|---|---|
| v. | ) |
| Zoepeawon Moore | ) Case No. 3:22-cr-00212 |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of Court

Place: Quentin N. Burdick US Courthouse, 655 1st Ave. N., Fargo, ND

Courtroom No.: 2

Date and Time: 07/20/2023 3:00 pm

This offense is briefly described as follows:
Alleged violation(s) of pretrial release

Date: 07/17/2023

/s/ Pamela Bloomquist
Issuing officer's signature

Pamela Bloomquist, Deputy Clerk
Printed name and title

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: 7/17/2023

Server's signature
J. Moore DUSM
Printed name and title

Local AO 83 (Rev. 2/11)  Summons in a Criminal Case (Page 2)

Case No. 3:22-cr-00212

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: 1801 39th St S. #303 Fargo, ND

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

## PROOF OF SERVICE

This summons was received by me on *(date)* _____

☒ I personally served the summons on this defendant Zoepeawon, Moore at *(place)* 1801 39th St S. #303 on *(date)* 7/17/2023 ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ , who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because:

I declare under penalty of perjury that this information is true.

Date returned: _____

Server's signature

J. Moore DUSM
Printed name and title

Remarks: