UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZOEPEAWON MOORE,<br><br>Defendant. | Case No. 3:22-cr-212<br><br>**STIPULATION FOR COMPTETENCY RESTORATION** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, and the defendant, Zoepeawon Moore, through his attorney, Rhiannon Gorham, have received and reviewed the Psychological Competency Evaluation by Dr. Jay Phillippi, Ph.D., conducted at PPI Consulting in Fargo, North Dakota. Exhibit 1.

The parties stipulate to and agree that, based on the Psychological Competency Evaluation, there is no need to hold a competency hearing. The Psychological Competency Evaluation contains a sufficient basis for the Court to determine by a preponderance of the evidence that the Mr. Moore is presently suffering from a mental disease or defect rending him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. 18 U.S.C. § 4241.

The parties jointly stipulate and request that the Court adopt the findings of Dr. Phillippi's Psychological Competency Evaluation and commit Mr. Moore to the custody

of the Attorney General for formal competency restoration procedure pursuant to 18 U.S.C. § 4241(d). The parties further request that the Mr. Moore remain on pretrial release until a BOP facility is available to admit Mr. Moore for restoration proceedings. As soon as the BOP facility identifies an admission date, Mr. Moore shall report to the U.S. Marshals Service for transport directly to the BOP facility, at a date and time arranged by the U.S. Marshals Service for transportation.

MAC SCHNEIDER
United States Attorney

Dated: 8/16/2023     By: _____
CHRISTOPHER C. MYERS
Assistant United States Attorney

Dated: 8/16/23     By: _____
RHIANNON GORHAM
Assistant Federal Public Defender