# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) **ORDER CONTINUING TRIAL** |
| vs. | ) |
| | ) Case No. 3:22-cr-212 |
| Zoepeawon Moore, | ) |
| Defendant. | ) |

Trial in this case is set to begin on December 10, 2024. The Court held a status conference with the parties on November 15, 2024. Doc. 69. Defendant Zoepeawon Moore objects to a continuance. But counsel for the United States is scheduled for multiple trials on the same day, which raises continuity of counsel and effective preparation concerns. See 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Given those facts, there is good cause to continue the trial for a brief period of time, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7)(A). See United States v. Lucas, 499 F.3d 769, 782-83 (8th Cir. 2007); United States v. Hohn, 8 F.3d 1301, 1305 (8th Cir. 1993); United States v. Driver, 945 F.2d 1410, 1414 (8th Cir. 1991). The brief continuance is warranted to assure continuity of counsel and reasonable time to effectively prepare for trial. See 18 U.S.C. § 3161(h)(7)(B)(iv). Trial will be reset to Tuesday, January 14, 2025, at 9:30 a.m. in Fargo. A six (6) day trial is anticipated. All time elapsing from the date of this order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

**IT IS SO ORDERED**.

Dated this 2nd day of December, 2024.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court