# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No. 3:22-cr-212 |
| Zoepeawon Moore, ) | |
| ) | |
| Defendant. ) | |

The Court's order of January 8, 2024, granting Defendant's Zeopeawon Moore's motion for discovery (Doc. 87), is **RESCINDED**, and Moore's motion for discovery (Doc. 82) is **DENIED**, for reasons stated on the record. Discovery has been provided to Moore's former counsel and current standby counsel, an assistant federal public defender, subject to the Stipulated Discovery Order and Protective Order. Moore is permitted to view discovery at reasonable hours at the Federal Public Defender's office subject to the reasonable availability of standby counsel. The United States' motion to continue (Doc. 88) is **DENIED**.

The parties are reminded that all previous provisions of the Stipulated Discovery Order and Protective Order remain in effect until the conclusion of this case, without exception.

**IT IS SO ORDERED**.

Dated this 10th day of January, 2025.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court