PS 8
(Rev. 2/2013)

# United States District Court
## For The
## District of North Dakota

**Petition for Action on Conditions of Pretrial Release**

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Docket No.: 0868 3:22CR00212-1 |
| | ) | |
| Zoepeawon  Moore | ) | |

COMES NOW, Christine Argall, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Zoepeawon  Moore  who was placed under pretrial release supervision by the Honorable Alice R. Senechal, Magistrate Judge, sitting in the Court at Fargo, on December 6, 2022, under the following conditions:

1. The defendant must not violate federal, state, tribal, or local law while on release.

2. The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

3. The defendant must appear in court as required and must surrender to serve any sentence imposed.

4. The defendant must sign an Appearance Bond, if ordered.

   IT WAS FURTHER ORDERED that the release of the defendant be subject to the conditions set forth below:

5. Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

6. Except upon prior approval from the Pretrial Services Officer, the defendant's travel is restricted to North Dakota.

7. Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

PS 8
(Rev. 2/2013)
Moore, Zoepeawon
0868 3:22CR00212

8.   Defendant is prohibited from using marijuana for medical purpose while on supervision.

9.   Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

10.  Defendant shall not knowingly or intentionally have any direct or indirect contact with any witnesses, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

11.  Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.

12.  Defendant must participate in the outpatient treatment program at Prairie St. John's.

13.  Defendant must sign all release forms so the Pretrial Services Officer may communicate with staff at Prairie St. John's.

14.  Defendant shall maintain or actively seek employment. Employment must be approved by the Pretrial Services Officer.

15.  Defendant shall not obtain a passport.

   **On September 20, 2023, an Amended Order Setting Conditions of Release was issued adding the following conditions:**

16.  Except upon prior approval from the Pretrial Services Officer, the defendant's travel is restricted to the Fargo/Moorhead area.

17.  Defendant shall reside at a Residential Facility to be designated by the Pretrial Services Officer and shall participate in the center's programs and abide by its rules and regulations. If directed by the Pretrial Services Officer, Defendant shall pay a portion of the cost of residing at that facility. The supervising pretrial services officer may approve passes from the RRC for up to eight hours.

18.  Defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

   **On May 8, 2024, a Second Amended Order Setting Conditions of Release was issued adding the following conditions:**

19.  Defendant must report to Midwest Mental Health for all appointments.

20.  Defendant must take all his medication as prescribed.

PS 8
(Rev. 2/2013)
Moore, Zoepeawon
0868 3:22CR00212

21. Defendant must continue to maintain contact with counsel.

22. Defendant must report to Federal Medical Center in Butner, NC on June 11, 2024.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. <u>**Violation of Condition # 5**</u>**: Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.** The defendant failed to report to Pretrial Services as required in December 2024, January 2025, February 2025, March 2025, April 2025, and May 2025. He failed to report for scheduled office appointments on December 5, 2024, and January 3, 2025.

2. <u>**Violation of Condition #14**</u>**: Defendant shall maintain or actively seek employment. Employment must be approved by the Pretrial Services Officer.** As of the date of this petition, the defendant is not presently employed.

3. <u>**Violation of Condition #19**</u>**: Defendant must report to Midwest Mental Health for all appointments.** As of the date of this petition, the defendant is not presently obtaining services through Midwest Mental Health.

PRAYING THAT THE COURT WILL ORDER: A warrant will be issued for the arrest of Zoepeawon Moore, and hearings be held to determine if he violated the conditions of his pretrial release.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

/s/ Christine Argall                    05/13/2025
U.S. Pretrial Services Officer
Place: Fargo

PS 8
(Rev. 2/2013)
Moore, Zoepeawon
0868 3:22CR00212

## ORDER OF THE COURT

Considered and ordered this 13th day of May, 2025, and ordered filed and made a part of the

record in the above case.

☑    Warrant to be issued
☐    Summons to be issued
☐    Notice of hearing to be filed
☐    Modification of the defendant's conditions of release
☐    Other

_/s/ Peter D. Welte_
_____

Peter D. Welte
Chief U.S. District Court Judge