IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZOEPEAWON MOORE,<br><br>Defendant. | Case No. 3:22-cr-212<br><br>**EXPEDITED UNOPPOSED MOTION FOR ORDER TO SEND COURT RECORDS TO BUREAU OF PRISONS FOR EVALUATION** |

The United States of America, by Jennifer Klemetsrud Puhl, Acting United States Attorney for the District of North Dakota, and Jacob T. Rodenbiker, Assistant United States Attorney, requests without opposition from opposing counsel that this Court expeditiously order the parties to provide to the federal Bureau of Prisons ("BOP") for purposes of its pretrial psychiatric or psychological evaluation of Moore, the following:

1. Doc. 15 – Pretrial Services Report, a/k/a Bond Report (not listed on the docket but reasonably believed to be filed and was provided to parties by USPO)

2. Doc. 31 – Dr. Phillippi's July 3, 2023 report of evaluation (sealed)

3. Doc. 85 – Pretrial Services Status Report (apparently not available to BOP)

4. Doc. 103 – Motion to Withdraw as Attorney (*ex parte*)

5. Doc. 111 – Clerk's Minutes of IA on Pretrial Release Rev (sealed)

6. Doc. 111-1 – Exhibit 1, USPO email correspondence (sealed)

The BOP has requested the parties provide it certain information. Counsel for the parties have conferred and agree these Court records are consistent with the information BOP is seeking and would assist BOP in conducting its assessment. The parties may provide

other records more readily within their possession, such as investigative materials, but with these being under seal, *ex parte*, or only provided to counsel for a limited purposes, the Court should order that the parties provide them to BOP for this limited purpose.

For these reasons, the United States, without opposition from Mr. Stock, requests the Court expeditiously order the parties to provide BOP the above documents.

Dated: June 2, 2025

                                         JENNIFER KLEMETSRUD PUHL
                                         Acting United States Attorney

          By:    */s/ Jacob T. Rodenbiker*
                      JACOB T. RODENBIKER
                      Assistant United States Attorney
                      ND Bar ID 06497
                      655 First Avenue North, Suite 250
                      Fargo, ND  58102-4932
                      (701) 297-7400
                      jake.rodenbiker@usdoj.gov