# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 3:22-cr-212 |
| Zoepeawon Moore, | ) | |
| | ) | |
| Defendant. | ) | |

The United States moves for an order directing the parties to provide the Bureau of Prisons the following documents to assist Defendant Zoepeawon Moore's psychological evaluation: docket entries 15, 31, 85, 103, 111, and 111-1. See Doc. 119. The Bureau of Prisons has requested this information, and defense counsel does not object. So, the United States' motion (Doc. 119) is **GRANTED**, and those documents may be sent to the Bureau of Prisons for the limited purpose of aiding Moore's evaluation. The motion to expedite (Doc. 120) is found to be **MOOT**.

**IT IS SO ORDERED**.

Dated this 3rd day of June, 2025.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court

1