IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZOEPEAWON MOORE,<br><br>Defendant. | Case No. 3:22-cr-212<br><br>**STIPULATION AS TO COMPETENCY** |

The Court on May 22, 2025, ordered the Defendant to undergo evaluation for mental condition and competency to stand trial. (Doc. 117.) The findings of the Bureau of Prison's evaluating psychologists were included in a report filed under seal August 1. (Doc. 124.) This report, the parties agree, satisfies the requirements set forth in 18 U.S.C. § 4247(c). The parties, moreover, have reviewed and considered the findings contained in the report, including BOP's opinion on the issue of present competency to stand trial. Now, the parties stipulate to and agree with those findings and furthermore ask the Court adopt them pursuant to 18 U.S.C. § 4241. The parties respectfully request the Court issue an order adopting the findings in the report of the BOP psychologists and finding Moore competent to proceed.

Dated: 8/20/2025

_[signature]_

CHARLES A. STOCK
Stock Law, SP
P.O. Box 612
Hillsboro, ND 58045
(218) 790-1802
cstock@hillsboro-law.com
Attorney for Defendant

Dated: 20 Aug 2025

JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

By: _[signature] JSTRhhL_
JACOB T. RODENBIKER
Assistant United States Attorney
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
jake.rodenbiker@usdoj.gov
Attorney for United States