IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

_____

| | |
|---|---|
| United States of America, | Case No. 3:22-CR-00212 |
| Plaintiff, | |
| v. | |
| Zoepeawon Moore | **Motion to Continue Trial** |
| Defendant. | |

_____

Undersigned counsel, Charles Stock, moves the Court for an Order continuing Defendant Moore's September 24th, 2025 trial. Plea/case resolution negotiations are undergoing and additional time is needed to let those negotiations play out. AUSA Rodenbiker has no objection to this Motion, and a STW will be filed in connection with this Motion.

Respectfully submitted this 12th day of September 2025.

**Stock Law, SP**

*/s/Charles A. Stock*

_____
Charles A. Stock
P.O. Box 612
Hillsboro, ND 58045
cstock@hillsboro-law.com
218-790-1802
ND Atty. ID#: 05018
MN Atty. ID#: 0243632

**Certificate of Service**

I hereby certify that on the 12th day of September, 2025, the following document(s):

    **Motion to Continue Trial**

was/were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to all interested parties.

    I further certify that a copy of the foregoing documents and the Notice of Electronic Filing will be mailed first class mail, postage paid, to the following non-ECF participants: N/A.

STOCK LAW, SP

/s/Charles A. Stock

_____
Charles A. Stock
P.O. Box 612
Hillsboro, ND 58045
cstock@hillsboro-law.com
218-790-1802
ND Atty. ID#: 05018
MN Atty. ID#: 0243632