Zoe Bill Moore
[2714 41st St S ]
[Fargo, 58104]

11/19/2026

The Honorable Peter D. Welte
Chief United States District Judge
United States District Court, District of North Dakota

**Re: United States v. Zoe Bill Moore, Case No. [3:22-cr-212]**
**Motion for Early Termination of Probation**

Dear Judge Welte,

My name is Zoe Bill Moore, and I am writing to respectfully ask the Court to grant my motion for early termination of probation. I have now completed one year of supervision, which makes me eligible under 18 U.S.C. § 3564(c). I understand the Court may end probation at this point when a person's conduct and the interest of justice support it, after considering the factors in 18 U.S.C. § 3553(a). I believe my record over the past year meets that standard.

I have reported to my probation officer as directed and on time, and I have been honest and cooperative at every contact. I have treated the conditions of my supervision as real obligations.

I have worked full time throughout my probation, at Blue Sky Inc., Lutheran Social Services, and Marvin Windows. Steady work has let me support my family and build a stable life, and I have kept it up while meeting every other demand on my time.

I have been attending regular mental health counseling at Benson Psychological Services. This ongoing treatment has helped me address the circumstances that brought me before this Court and develop the skills to make sound decisions going forward.

I am the primary caregiver for my four children. I provide for them every day, and we attend services together regularly. My family's stability depends on me, and ending my supervision would let me put my full time and energy into my children and my work.

I know the Court may wonder whether one year is enough to show lasting change. I respectfully believe it is. Congress chose the one-year mark because a year of steady compliance means something, and my year shows real progress in my work, my treatment, and my family life. My job, my counseling, and my responsibility to my

children are what keep me on track, and none of them depend on supervision. I respectfully submit that continued supervision is no longer necessary to ensure my continued compliance with the law.

I believe the purposes of my sentence, which are accountability, deterrence, rehabilitation, and protecting the public, have been served. I ask the Court to recognize the progress I have made this year by granting my motion and ending my probation. I'm glad to provide verification of my employment and counseling if that would help.

Thank you for your time and consideration.

Respectfully,

______________________

Zoe Bill Moore